

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:16cr86 DCB-LRA

JAVEON MALIK DAVIS   18 U.S.C. § 922(n)

**The Grand jury charges:**

That on or about May 19, 2016, in Lauderdale County in the Northern Division of the Southern District of Mississippi, the defendant, **JAVEON MALIK DAVIS**, who was then under an indictment for a felony crime, namely, Possession of a Stolen Firearm in Criminal Cause Number 229-16, in the Circuit Court of Lauderdale County, Mississippi, a crime punishable by a term exceeding one (1) year, did knowingly receive a firearm, that is: One (1) Kel-Tec, model P11, 9mm caliber pistol, serial number, AA8C84, which had been shipped and transported in interstate commerce.

All in violation of Sections 922(n) and 924(a)(1)(D), Title 18, United State Code.

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been

commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d), Title 18, United States Code.

GREGORY K. DAVIS<br>
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand jury on this the 18th day October, 2016.

UNITED STATES MAGISTRATE JUDGE

2